# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00773-CV

---

### M. L. - G., Appellant

### v.

### A. R., Appellee

---

**FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
NO. 423-8719, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due December 11, 2023. On December 12, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by December 22, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Kelly

Dismissed for Want of Prosecution

Filed: January 5, 2024